UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HELEN NIKAS, GEORGE PSARIANOS,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**JOSEPH M. ANDERSON, QUALITY LOGISTICS, INC., JOHN DOES 1–10, ABC CORPORATIONS 1–10,**<br><br>    **Defendants.** | 06-CV-2776 (WJM)<br><br><br>**ORDER** |

The Court having dismissed this case as settled; the Court having neither incorporated the settlement into its order of dismissal nor expressly retained jurisdiction over the settlement; the Court thus lacking jurisdiction to enforce the settlement; Plaintiffs now moving to enforce the settlement; and good cause appearing;

**IT IS** on this 30th day of July 2008, hereby

**ORDERED** that Plaintiffs' motion is **DENIED**.

                              s/ William J. Martini
                              **WILLIAM J. MARTINI, U.S.D.J.**